**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CASH WRIGHT AND JASMINE WRIGHT (ADULT DAUGHTER), | : | No. 221 EAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE FARM INSURANCE COMPANY, | : | |
| EDWARD B. RUST AND DELORIS | : | |
| BRYANT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.